IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-361-GCM

| | | |
|---|---|---|
| MARIE TALLEY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) | |
|     Defendant. | ) | |

    THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference in Courtroom #3 on **Tuesday, February 8, 2011, at 10:00 a..m.**

    IT IS SO ORDERED.

    Signed: January 6, 2011

Graham C. Mullen
United States District Judge