

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Marie Talley )
 )
vs. ) Case No. 3:08-cv-00361-MR-DC
 )
Novartis Pharmaceuticals Corporation )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____Peter G. Pappas_____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** George Brent Mickum

**BUSINESS ADDRESS (include firm name):** Hollingsworth LLP

1350 I Street NW

**CITY:** Washington   **STATE:** DC   **ZIP:** 20005

**OFFICE TELEPHONE:** ( 202 ) 898-5800   **FAX NUMBER:** ( 202 ) 682-1639

**E-MAIL ADDRESS (*required*):**

bmickum@hollingsworthllp.com

This attorney will be representing:

Novartis Pharmaceuticals Corporation

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in:
  Virginia                                                    , and/or
  the highest court of the State of
  _____, and/or
  the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $250.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

*/s/ Peter G. Pappas*
**Signature:** NC State Bar No. 10464

Peter G. Pappas
**Printed Name**
Nexsen Pruet
**Firm**
701 Green Valley Road, Suite 100
**Street Address**
Greensboro, NC 27408
**City, State, Zip**
336-373-1600
**Telephone Number**
336-387-8924
**Fax Number**
ppappas@nexsenpruet.com
**E-Mail Address**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE** using the CM/ECF system, which will send notification of such filing to CM/ECF participants: **Andy L. Allman, C. Patrick Flynn, Clinton L. Kelly, Fred Dulin Kelly, Lyn K. Broom, Michael K. Radford, and Robert G. Germany.**

Andy L. Allman
Clinton L. Kelly
Fred Dulin Kelly
Kelly, Kelly & Allman
629 E. Main Street
Hendersonville, TN 37075

C. Patrick Flynn
Flynn & Radford
320 Seven Springs Way
Suite 150
Brentwood, TN 37027

Lyn K. Broom
Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC 27402

Robert G. Germany
Pittman, Germany, Roberts & Welsh, LLP
410 South President Street
Jackson, MI 39201

This the 6th, day of January, 2011.

/s/ Peter G. Pappas
Peter G. Pappas