IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-361-GCM

| | |
|---|---|
| MARIE TALLEY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING |
| | ) ADMISSION PRO HAC VICE |
| NOVARTIS PHARMACEUTICALS | ) |
| CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **Robert G. Germany** to appear *Pro Hac Vice*, dated January 3, 2011 [doc #16].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Germany has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: January 7, 2011

Graham C. Mullen
United States District Judge