**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-361**

| | | |
|---|---|---|
| MARIE TALLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER is before the Court on its own motion. Pursuant to the status conference held before the Court on February 8, 2011, the briefing and discovery schedule is as follows (subject to further order by the Court):

1. The trial date is set for October 3, 2011. The Court notified the parties of a potential week's delay due to an earlier scheduled trial in Asheville.

2. The parties are to submit a joint letter to the Court on February 15, 2011 regarding what additional depositions are necessary to complete discovery. The parties are also to submit a joint recommendation for scheduling based upon the dates set out in this Order.

3. The Joint Designation of Docket Designations by the Parties of Orders and Filings of Primary Importance to the Court is due on February 28, 2011.

4. The Defendant's <u>Daubert</u> motions regarding Dr. Suzanne Parisian and any treating physician not dealt with at the Multi-District Panel are due on March 15, 2011. Responses are due on March 31, 2011. The Plaintiff is to notify the Court immediately if she intends to file any <u>Daubert</u> motions with regard to defense witnesses.

5. Briefing on punitive damages is due from Defendant on March 25, 2011. Briefing from Plaintiff is due on April 11, 2011.

**SO ORDERED.**

Signed: February 8, 2011

Graham C. Mullen
United States District Judge