IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:08-CV-00361-GCM

| | |
|---|---|
| MARIE TALLEY, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>NOVARTIS PHARMACEUTICALS )<br>CORPORATION, )<br>)<br>　　　　Defendant. ) | **ORDER** |

This matter is before the Court on the motion of Defendant Novartis Pharmaceuticals Corporation ("NPC") to seal certain materials pursuant to Local Rule 6.1.

For good cause shown, and after reviewing the criteria set forth in Local Rule 6.1, NPC's motion to seal is GRANTED and the following documents shall be sealed:

**A.　Certain Exhibits to NPC's Memorandum in Support of *Daubert* Motion to Exclude Expert Testimony of Plaintiff's Expert Dr. Suzanne Parisian (W.D.N.C. Docket No. 41)**

1.　Exhibit 7: Expert Report of Dr. Suzanne Parisian.

2.　Exhibit 10: Rebuttal Report of Dr. Suzanne Parisian.

3.　Exhibit 15: Table Regarding Certain Opinions of Dr. Suzanne Parisian

It is so ORDERED.

Signed: March 30, 2011

Graham C. Mullen
United States District Judge