IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-361-GCM

| | |
|---|---|
| MARIE TALLEY, | ) |
|     Plaintiff, | ) |
| v. | )   **ORDER GRANTING** |
| | )   **ADMISSION PRO HAC VICE** |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) |
|     Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Amy R. Fiterman** to appear *Pro Hac Vice*, dated May 16, 2011 [doc. # 66].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Fiterman has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: May 18, 2011

Graham C. Mullen
United States District Judge