# IN THE UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:08-CV-00361-GCM

| | |
|---|---|
| MARIE TALLEY, | ) |
|     Plaintiff, | ) |
| v. | )     ORDER |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) |
|     Defendant. | ) |

This matter is before the Court upon the Joint Motion of Plaintiff Marie Talley and Defendant Novartis Pharmaceuticals Corporation to allow the use of a supplemental juror questionnaire that is attached to their Joint Motion as Exhibit 1 (the "Supplemental Jury Questionnaire"). The parties request that the Supplemental Jury Questionnaire be mailed to prospective jurors for completion and return in advance of trial.

The Court finds that the Joint Motion is supported by good cause. It is therefore ORDERED that the Joint Motion is granted. The Jury Coordinator for the United States District Court for the Western District of North Carolina is authorized and directed to make arrangements for the completion of the Supplemental Jury Questionnaire by jurors by mailing the Supplemental Jury Questionnaire to prospective jurors for completion and return in advance of trial, and to provide the completed forms to counsel for the parties for review and use during jury selection. It is further noted that the Supplemental Jury Questionnaire will be used in addition to the juror questionnaire that is regularly sent to jurors by the Court for completion and returned to the Jury Coordinator in advance of trial.

The juror questionnaires are to remain confidential to the attorneys. Additionally, the juror

questionnaires are to be returned to the Court for destruction upon the completion of the trial.

IT IS SO ORDERED.

Signed: August 31, 2011

Graham C. Mullen
United States District Judge