IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-361-GCM.

| | | |
|---|---|---|
| MARIE TALLEY, | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. The trial in this matter is hereby re-scheduled for Monday, **March 12, 2012** at 10:00 in Courtroom #3.

Signed: September 8, 2011

Graham C. Mullen
United States District Judge