IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-361-GCM

| | |
|---|---|
| MARIE TALLEY, Individually, <br> Plaintiff, <br> v. <br> NOVARTIS PHARMACEUTICALS CORPORATION, <br> Defendant. | ORDER GRANTING ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **M. Joseph Winebrenner** to appear *Pro Hac Vice*, dated September 16, 2011 [doc.# 137].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Winebrenner has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: September 27, 2011

Graham C. Mullen
United States District Judge