IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-361-GCM

| | | |
|---|---|---|
| MARIE TALLEY, | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Seal certain materials pursuant to Local Rule 6.1 [D.I. 105]. The Court finds that documents filed under seal pursuant to the Protective Order in the Multi-District Litigation should remain under seal. The Court will make admissibility determinations at trial, and documents will become public as a part of the trial itself. Therefore, the Motion to Seal is **GRANTED**.

**SO ORDERED.**

Signed: October 12, 2011

Graham C. Mullen
United States District Judge

1