IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-361-GCM

| | | |
|---|---|---|
| MARIE TALLEY, | ) | |
|     Plaintiff, | ) | **ORDER** |
| v. | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) | |
|     Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion to Substitute Party [D.I. 168]. It appears to the Court that the Plaintiff's Motion for Substitution is well taken and should be allowed.

Therefore, it is ORDERED that Plaintiff Betty Lemons' request for substitution on behalf of Plaintiff Marie Talley is GRANTED. It is further ORDERED that Betty Lemons shall be substituted as the Plaintiff on behalf of Marie Talley who is now deceased.

**IT IS SO ORDERED.**

Signed: February 27, 2012

Graham C. Mullen
United States District Judge

1