UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-361-GCM

| | |
|---|---|
| MARIE TALLEY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| NOVARTIS PHARMACEUTICALS ) | |
| CORPORATION, ) | |
|     Defendant. ) | |

**THIS MATTER** is before the Court on its own motion. After consultation with the attorneys in this matter regarding scheduling issues related to their extensive concentration of like trial matters, IT IS HEREBY ORDERED that the trial in this matter is set for the **September 9, 2013** trial term at 10:30 a.m. in Charlotte Courtroom #3.

SO ORDERED.

Signed: May 7, 2012

Graham C. Mullen
United States District Judge