IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cv-361-GCM

| | | |
|---|---|---|
| BETTY LEMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on its own motion. The Court is aware that this case is set for trial to begin on September 9, 2013. In light of the upcoming trial date, the Court believes that a judicial settlement conference may be beneficial. Therefore, the Court directs the parties to participate in a judicial settlement conference with Magistrate Judge David C. Keesler on June 4, 2013 beginning at 9:30 a.m. Counsel for Plaintiff and Defendant shall attend the conference together with the Plaintiff (or her representative with settlement authority) and a representative from the Defendant Corporation with settlement authority. Parties shall report to Magistrate Judge David Keesler's chambers at 9:30 a.m. on June 4, 2013. If necessary, Judge Keesler's judicial assistant, Karen Burton, can be reached at 704-350-7430.

**SO ORDERED**.

Signed: May 17, 2013

Graham C. Mullen
United States District Judge