IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:08-CV-00361-GCM

| BETTY LEMONS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Unopposed Motion of Defendant Novartis Pharmaceuticals Corporation for an order directing that the documents that were filed under seal in the litigation be maintained under seal, accessible only to the parties, following the dismissal of this case.

The Court finds that the Motion is supported by good cause and is unopposed. It is therefore ORDERED that the Motion is granted, and the Clerk of Court is directed to maintain under seal any document that was filed under seal in this Court during the pendency of the litigation, with the documents accessible only to the parties herein.

SO ORDERED.

Signed: August 12, 2013

Graham C. Mullen
United States District Judge